**FILED**
May 06, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> (1) JORGE CALDERON-CAMPOS, <br> (2) ALBERTO GOMEZ-SANTIAGO, <br> (3) BYRON ADILIO ALFARO-SANDOVAL, <br> (4) FRANCISCO JAVIER TORRES MORA, <br> a.k.a. JOHNATHAN BENJAMIN TORRES, <br> (5) JOSE ANGEL BELTRAN-CHAIDEZ, <br> AND (7) MARK GARCIA, <br><br> Defendants. | CASE NO. 1:22-CR- 00131-DAD-BAM <br><br> ORDER SEALING INDICTMENT AND FILING AND UNSEALING REDACTED INDICTMENT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the indictment in this case remain sealed until further order of the Court, and that the redacted indictment attached to the government's application is hereby ordered filed and unsealed.

Dated: 5/6/2022

*Sheila K. Oberto*
Honorable Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

ORDER UNSEALING REDACTED INDICTMENT