PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JORGE CALDERON-CAMPOS,<br>ALBERTO GOMEZ-SANTIAGO,<br>BYRON ADILIO ALFARO-SANDOVAL, and<br>FRANCISCO JAVIER TORRES MORA,<br><br>   Defendant. | CASE NO: 1:22-CR-00131-JLT-SKO<br><br>ORDER SETTING RESPONSIVE<br>BRIEFING SCHEDULE |

Having considered the government's motion to obtain footprint exemplars,

IT IS HEREBY ORDERED that the defendants shall file their response to this motion by December 16, 2022, and any optional reply shall be filed by December 29, 2022.

Dated: November 7, 2022

*Sheila K. Oberto*
The Honorable Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

Order